# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **CLAUDIO CONCEPCION,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:15-cv-00479-LSC-JEO |
| **SCOTT HASSELL et al.,** | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On March 23, 2015, the Petitioner, a citizen of the Dominican Republic, filed the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his continued detention at the Etowah County Detention Center. (Doc. 1). The case is now before the court on the Respondents' motion to dismiss the petition as moot. (Doc. 6). In their motion, the Respondents note that the Petitioner has been deported from the United States.

Because the Petitioner has been deported, there is no longer any relief that can be provided to him and his petition is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202 (N.D. Ala. 2011). A separate order will be entered.

Done this 15th day of June, 2015.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
173538